UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DANIEL H. WRIGHT,

                Plaintiff,

v.

LAS VEGAS METRO POLICE, et al.,

                Defendants.

Case No. 3:20-cv-00558-MMD-CLB

**ORDER**

On September 28, 2020, Plaintiff filed an application to proceed *in forma pauperis* (ECF No. 1). However, Plaintiff has not filed a complaint in this matter. Pursuant to Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Fed.R.Civ.P. 3.

Accordingly, IT IS ORDERED that the Clerk of the Court will SEND to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

IT IS FURTHER ORDERED that Plaintiff will have thirty (30) days from the date of this order to submit a complaint to this court. If Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: October 20, 2020

_____
UNITED STATES MAGISTRATE JUDGE